# EDWARD E. KOPKO

## LAWYER

TRISTYN M. AHART, PARALEGAL
THERESA H. KLINGER, PARALEGAL
TYLER M. LUCAS, PARALEGAL
ZACH ISLAM, PARALEGAL

308 NORTH TIOGA STREET, 2nd FLOOR
ITHACA, NEW YORK 14850
TELEPHONE: 607.269.1300
FACSIMILE: 607.269.1301
MOBILE: 607.592.4711
office@kopko.law

Wednesday, March 31, 2021

Hon. Glenn T. Suddaby, Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

Via ECF

**Reference: Barksdale v. The City of Ithaca, et al.**
**Case Number: 3:21-cv-00108-GTS-ML**
**Request for First Adjournment of Motion Return Date**

Dear Judge Suddaby:

    Your Honor has set Monday, April 5th, as the deadline for plaintiff's response to the Motion to Dismiss in this case and April 12th as the deadline for defendant's reply to response to the Motion. I respectfully request a brief adjournment of the dates to a time convenient for the Court due to personal health reasons. Attorney Earl Redding, counsel for the defendants, agrees to this adjournment. Anticipating the Court's consent to this first request for an adjournment, I provide an appropriate endorsement below. May I please know the Court's pleasure?

    Thank you.

Respectfully Submitted,

*[signature]*

Edward E. Kopko
EEK/tma

So ordered:

_____
Hon. Glenn T. Suddaby
Response due: _____
Reply to Response due: _____

cc: Earl Redding, Esq. (via ECF)